# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                    CASE NO.: 19-17664-LMI
                                                                                 CHAPTER 13

Timothy E Sally,
        Debtor.
_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Wells Fargo Bank, National Association, As Trustee for Citigroup Mortgage Loan Trust, Series 2005-Opt4, Asset Backed Pass- Through Certificates, Series 2005-OPT4 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #12), and states as follows:

1. Debtor, Timothy E Sally ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 10, 2019.

2. Secured Creditor holds a security interest in the Debtor's real property located at 1841 NW 67th St, Miami, FL 33147, by virtue of a Mortgage dated March 14, 2005. Said Mortgage secures a Note in the amount of $89,250.00.

3. The Debtor filed a Chapter 13 Plan on June 21, 2019.

4. The Plan fails to include treatment of Secured Creditor's claim. The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

                                         Robertson, Anschutz & Schneid, P.L.
                                         Attorney for Secured Creditor
                                         6409 Congress Ave., Suite 100
                                         Boca Raton, FL 33487
                                         Telephone: 470-321-7112
                                         Facsimile: 561-997-6909

        By: /s/Keith Labell
        Keith Labell, Esquire
        Florida Bar Number 0109158
        Email: klabell@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MARIA ALVAREZ
LEGAL SERVICES OF GREATER MIAMI, INC.
4343 WEST FLAGLER STREET #100
MIAMI, FL 33134

TIMOTHY E SALLY
1841 NW 67TH STREET
MIAMI, FL 33147

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL 33027

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 470-321-7112
    Facsimile: 561-997-6909

    By: /s/Keith Labell
    Keith Labell, Esquire
    Florida Bar Number 0109158
    Email: klabell@rasflaw.com