UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
TIMOTHY E SALLY,                         Case no. 19-17664-BKC-LMI
    Debtor(s)          /           Chapter 13 Case

**AMERICREDIT FINANCIAL SERVICES, INC.'S OBJECTION TO CONFIRMATION**

Americredit Financial Services, Inc. dba GM Financial ("Creditor") objects to the confirmation of debtors' Plan as follows:

1. On June 10, 2019, debtor filed for relief under Chapter 13 the Bankruptcy Code.

2. On September 17, 2014, debtor executed a contract pertaining to the purchase of a **2014 CHEVROLET TRAVERSE UTILITY 4D LS 3.6l v6, VIN 1GNKRFED5EJ280827**.

3. The Plan should not be confirmed under 11 U.S.C. section 1325(a)(5)(B)(ii) because the value, of the effective date of the Plan, of property to be distributed under the Plan to Creditor on account of its claim is less than the allowed amount of Creditor's secured claim. The Plan understates the value of the vehicle. The replacement (retail) value of the vehicle, without options, is **$13,650.00,** per the N.A.D.A. Official Used Car Guide for July 2019. A copy is attached as Exhibit A.

4. Creditor requires updated proof of collision and comprehensive insurance.

5. Creditor objects to the proposed interest rate of 7.0%. Creditor requests the *Till* rate of 7.50%.

6. Creditor objects to any portion of its claim being disallowed and stricken.

**WHEREFORE,** Creditor respectfully requests that the confirmation of debtors' Plan be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on July 9, 2019, copies of the foregoing were transmitted via ECF to Office of the US Trustee, Nancy K. Neidich, Trustee, and Maria Alvarez, Esq., attorney for debtor, and mailed to Timothy E. Sally, debtor, 1841 NW 67 Street, Miami, FL 33147.

GERARD M. KOURI, JR., P.A.
Attorneys for AmeriCredit
Financial Services, Inc.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 447-9632; Fax  (954) 447-9634

*/s/ Gerard M. Kouri, Jr.*
By: _____
GERARD M. KOURI, JR., ESQ.
FBN 375969



7/1/2019

NADA Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2014 Chevrolet Traverse Utility 4D LS 3.6L V6 |
| Region: | Southeastern |
| Period: | July 1, 2019 |
| VIN: | 1GNKRFED5EJ280827 |
| Mileage: | 85,063 |
| Base MSRP: | $30,795 |
| Typically Equipped MSRP: | $31,670 |



## NADA Used Cars/Trucks Values

| Auction* | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Low | $7,700 | -$661 | N/A | $7,039 |
| Average | $9,800 | -$661 | N/A | $9,139 |
| High | $11,925 | -$661 | N/A | $11,264 |
| Trade-In | | | | |
| Rough | $9,475 | -$775 | N/A | $8,700 |
| Average | $10,650 | -$775 | N/A | $9,875 |
| Clean | $11,625 | -$775 | N/A | $10,850 |
| Clean Loan | $10,475 | -$775 | N/A | $9,700 |
| Clean Retail | $14,425 | -$775 | N/A | $13,650 |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

Exhibit A

NADA Used Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power.
©2019 J.D.Power