

ORDERED in the Southern District of Florida on August 7, 2019.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Timothy Sally                                 Case No: 19-17664-LMI
                                                     Chapter 13

_____Debtor_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE**
**SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY**
**AMERICREDIT FINANCIAL SERVICES, INC. D/B/A GM FINANCIAL**

THIS CASE came to be heard on August 6, 2019 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (DE 13; the "Motion"). Based upon the agreement of Debtor and Americredit Financial Services, Inc. d/b/a GM Financial, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

 X  Motor vehicle described as follows:

LF-103 (06/14/10)

Year and Model of motor vehicle: 2014 Chevrolet Traverse

Vehicle Identification Number (VIN #): 1GNKRFED5EJ280827

Odometer reading: 85,063.00

___ Personal property other than a motor vehicle described as follows:

is $ _____ at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $11,100.00.

3. (Select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

    or

    _X_ Lender filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ 5,712.17 , regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 7.5 % for a total of $ 13,345.00 .

LF-103 (06/14/10)

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

###

Submitted By:
/s/ Maria Alvarez

Maria Alvarez, Esq.
Address: 4343 W. Flagler Street
Suite 100, Miami, FL 33134
Phone: 305-438-2423

Attorney Maria Alvarez is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-103 (06/14/10)