UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:                                                      CASE NO. 19-17664-LMI

TIMOTHY SALLY                                  CHAPTER 13
SSN: XXX-XX-

      Debtors.
_____/

**OBJECTION TO MOTION TO VALUE AND DETERMINE SECURED STATUS
OF LIEN ON REAL PROPERTY [D.E. 26]**

AMERICAN INVESTMENT SERVICES, LLP. ("Secured Creditor") by and through

undersigned counsel, files this Objection to the Motion to Value and Determine Secured

Status of Lien on Real Property [D.E. 26] and states as follows:

1.      On June 10, 2019, Timothy Sally ("Debtor") commenced this bankruptcy case
   by filing a petition for relief under Chapter 13.

2.      The Secured Creditor holds a security interest in Debtor's real property located
   at 1841 N.W. 67th Street, Miami, FL  33147 (the "Property"), by virtue of a
   Mortgage which is recorded in Official Records Book 25199 Page 1653 in the
   official records of Miami Dade County, Florida and re-recorded on January 31,
   2018, in Official Records Book 30848 Page 266, in the Public Records of Miami
   Dade County, Florida.

3.      Secured Creditor disputes the Debtor's contention that the fair market value of
   the Property is $105,000.00 and requests an opportunity to conduct its own
   evaluation and appraisal of the Property.

4.      On August 30, 2019, Secured Creditor, Wells Fargo Bank, N.A.  filed its Proof
   of Claim 9 advising it is owed a total of $104,593.64.

5.      Secured Creditor requests that the Debtor produce a copy of the good faith appraisal exhibiting that the subject property is valued at the amount as alleged by the Debtor.

6.      The Secured creditor reserves the right to supplement this Response at or prior to any hearings scheduled on the Motion.

7.      The Secured Creditor has incurred additional attorney's fees and costs for having to file this response.

WHEREFORE, Secured Creditor requests that this Court deny the Debtor's Motion, or in the alternative, and for such other and further relief the Court deems just and proper.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Response to Motion to Value and Determine Secured Status of Lien on Real Property [D.E. 24] was served electronically or by mail on Nancy Neidich, Trustee, P.O. Box 279806, Miramar, FL  33027 and Maria Alvarez, Esq., 4343 West Flagler Street, Miami, FL  33134 on August 30, 2019.

Respectfully Submitted,

SABRINA CHASSAGNE, P.A.
Attorney for Secured Creditor
justice.one@earthlink.net
The White Building
Suite 208
One N.E. 2nd Avenue
Miami, FL 33132
Phone (305) 358-0005

By: **s/Sabrina Chassagne**
     Sabrina Chassagne
     Fla Bar No. 60682