**Fill in this information to identify your case:**

Debtor 1: **Timothy E Sally**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): 19-17664

☑ Check if this is an amended filing

Official Form 106D     (AMENDED)
# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Amercredit Financial Services, Inc**<br>Creditor's Name<br><br>d/b/a GM Financial<br>PO Box 183853<br>Arlington, TX 76096<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>2014 Chevrolet Traverse 85,063.00 miles<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $16,825.64 | $8,500.00 | $8,325.64 |

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred: 2014     Last 4 digits of account number: 7465

Debtor 1  **Timothy E Sally**                                     Case number (if known)   **19-17664**
          First Name    Middle Name    Last Name

---

**2.2**  **American Investment Services LLP**
Creditor's Name

c/o Michael P. Cudlipp, Esquire
12555 Biscayne Boulevard #785
Miami, FL 33181
Number, Street, City, State & Zip Code

Describe the property that secures the claim:            $53,373.00        Unknown        $34,680.24

**1841 NW 67 Street Miami, FL 33147**
**Miami-Dade County**
**Homestead**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.            Nature of lien. Check all that apply.
■ Debtor 1 only                              ☐ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                 ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ■ Judgment lien from a lawsuit
☐ Check if this claim relates to a           ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred    **3/14/2019**      Last 4 digits of account number    **N/A**

---

**2.3**  **American Investment Services LLP**
Creditor's Name

c/o Sabrina Chassagne PA
One NE 2nd Avenue, Suite 208
Miami, FL 33132
Number, Street, City, State & Zip Code

Describe the property that secures the claim:            $46,569.85        $105,000.00    $46,163.49

**1841 NW 67th Street**
**Miami, FL 33147**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.            Nature of lien. Check all that apply.
■ Debtor 1 only                              ■ An agreement you made (such as mortgage or secured car loan)
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                 ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another    ☐ Judgment lien from a lawsuit
☐ Check if this claim relates to a           ☐ Other (including a right to offset) _____
   community debt

Date debt was incurred               Last 4 digits of account number    **N/A**

---

| Debtor 1 | Timothy E Sally | | Case number (if known) | 19-17664 |
|---|---|---|---|---|
| | First Name / Middle Name / Last Name | | | |

### 2.4 Capital One Auto Finance
**Creditor's Name**

PO BOX 259407
Plano, TX 75025
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:**

2015 BMW X1 33,841 miles
Debtor has bare legal title of vehicle.
Vehicle payments are made by son.

$23,151.51    Unknown    Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

### 2.5 PHH Mortgage Services
**Creditor's Name**

PO Box 5452
Mount Laurel, NJ 08054
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:**

1841 NW 67 Street Miami, FL 33147
Miami-Dade County
Homestead

$104,768.55    Unknown    Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  4499

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $244,688.55 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $244,688.55 |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.