UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Timothy E Sally, Case no. 19-17664-BKC-LMI

Debtor(s). / Chapter 13 Case

**AMERICREDIT FINANCIAL SERVICES, INC.'S EMERGENCY MOTION FOR RELIEF FROM STAY, IN ADDITION TO, MOTION FOR CO-DEBTOR RELIEF FROM STAY**

*(This motion is filed as emergency because the vehicle has been impounded and is scheduled to be sold on 1/20/2023)*

Americredit Financial Services, Inc. dba GM Financial ("Creditor"), pursuant to 11 U.S.C. 362(d)(1) and 1301(c), moves for relief from the automatic stay and codebtor stay, as follows:

1. On June 10, 2019, debtor filed for relief under Chapter 13 of the Bankruptcy Code.

2. On September 17, 2014, debtor Timothy E Sally and non-debtor Estella Williams Sally executed a contract pertaining to the purchase of a **2014 CHEVROLET TRAVERSE VIN 1GNKRFED5EJ280827**. A copy of the lease is attached as Exhibit A.

3. Creditor noted its lien on the vehicle's title. Proof of title is attached as Exhibit B.

4. The debtor's confirmed Fourth Amended Plan (DE 49) provides for payments to Creditor. **However, the vehicle was impounded on December 15, 2022 and has not been retrieved by the debtor.** The vehicle is scheduled to be sold on January 20, 2023. A copy of the *Notice of Claim of Lien & Proposed Sale of Vehicle* is attached as Exhibit C.

5. The payoff balance owed on this loan account is $9,815.62 as of January 5, 2023, excluding attorney fees and costs. A Declaration is attached as Exhibit D.

6. Counsel for Creditor contacted debtor's attorney prior to filing the motion.

7. Creditor has been unable to verify current insurance coverage on the vehicle

8. A proposed order is attached as Exhibit E.

**WHEREFORE**, Creditor requests an order under section 362(d)(1) and 1301(c) modifying the stay in rem so that Creditor may repossess or replevy the vehicle, sell the vehicle, enforce its in personam rights against the non-debtor and apply the proceeds of the sale to the debt owed to Creditor, and determining that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and Creditor may immediately enforce and implement the stay relief order.

**I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on January 11, 2023, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, Nancy Neidich, Trustee and Matthew Bayard, Esq., attorney for debtor; and mailed to Timothy E Sally, debtor, 1841 NW 67 Street, Miami, FL 33147 and Estella Williams Sally, non-debtor, 1841 NW 67 Street, Miami, FL 33147.

GERARD M. KOURI, JR., P.A.
Counsel for Creditor
5311 King Arthur Avenue
Davie, FL 33331
Tel: (954) 862-1731, Fax (954) 862 1732

By: /s/ Gerard M. Kouri, Jr.
GERARD M. KOURI, JR., ESQ.
FBN 375969

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

DEAL #39556

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| ESTELLA WILLIAMS SALLY<br>1841 NW 67TH ST<br>MIAMI FL 33147-7451 | TIMOTHY SALLY<br>1841 NW 67TH ST<br>MIAMI FL 33147-7451 | TROPICAL CHEVROLET<br>8880 BISCAYNE BLVD<br>MIAMI, FL 33138 |

| New/Used/Demo | Year | Make and Model | Weight (lbs.) | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| MISC | 2014 | CHEVROL TRAVERS | | 1GKKRFED5EJ280827 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 is |
|---|---|---|---|---|
| 4.90 % | $ 6812.25 | $ 42969.99 | $ 49782.24 | $ 49782.24 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | 691.42 | Monthly beginning 11/01/2014 |
| N/A | | N/A |

Or As Follows: N/A

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5 % of each installment.

Prepayment. If you pay off all your debt early, you may have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 1511.00 sales tax) $ 34590.00 (1)

2 Total Downpayment =
- Gross Trade-In Allowance $ 9000.00
- Less Pay Off Made By Seller (e) $ 17340.00
- Equals Net Trade In $ -8340.00
- + Cash $ 1204.08
- + Other REBATE $ 1250.00
- (If total downpayment is negative, enter "0" and see 4J below) $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 34590.00 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
- A Cost of Optional Credit Insurance Paid to Insurance Company or Companies: Life $ N/A; Disability $ N/A — $ N/A
- B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A
- C Other Optional Insurance Paid to Insurance Company or Companies $ N/A
- D Optional Gap Contract $ 499.00
- E Official Fees Paid to Government Agencies $ 2.00
- F Government Documentary Stamp Taxes $ 150.50
- G Government Taxes Not Included in Cash Price $ 95.22
- H Government License and/or Registration Fees: LICENSE & REG FEES $ 160.35
- I Government Certificate of Title Fees $ N/A
- J Other Charges (Seller must identify who is paid and describe purpose)
  - to REGIONAL ACCEPT for Prior Credit or Lease Balance (e) $ 5885.92
  - to FIDELITY for SERVICE CONTRAC $ 1587.00
  - to N/A for N/A $ N/A (8 lines)

Total Other Charges and Amounts Paid to Others on Your Behalf $ 8379.99 (4)

5 Less Prepaid Finance Charge Paid to Seller $ N/A (5)

6 Amount Financed (3 plus 4) $ 42969.99 (6)

OPTION: ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 72 Mos. JM&A — Name of Gap Contract

I want to buy a gap contract. Buyer Signs X [signature] [signature]

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

You authorize us to purchase Vendor's or Lender's Single Interest Insurance.

Buyer Signs X N/A Co-Buyer Signs X N/A Date N/A

| Trade-In Vehicle | Trade-In Vehicle |
|---|---|
| Year 2012 Make CHEVROLET | Year N/A Make N/A |
| Model CRUZE 1LT | Model N/A |
| VIN 1G1PC5SH1C7298830 | VIN N/A |
| Gross Trade-In Allowance $ 9000.00 | Gross Trade-In Allowance $ N/A |
| Payoff Made by Seller $ 17340.00 (e) | Payoff Made by Seller $ N/A (e) |
| Lienholder REGIONAL ACCEPTANCE | Lienholder N/A |

You assign to Seller all of your rights, title and interest in each trade-in vehicle(s). Except as expressly stated to Seller in writing, you represent that your trade-in vehicle(s) has not been involved in an accident, has not had any major body damage or required any major engine repair, and was not previously used as a taxicab, police vehicle, short-term rental or is a vehicle that is rebuilt or assembled from parts, a kit car, a replica, a flood vehicle, or a manufacturer buy back.

Buyer Initials EWS Co-Buyer Initials T.E.S.

Buyer Signature X [signature] Co-Buyer Signature X N/A

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. Your choice of insurance providers will not affect our decision to sell you the vehicle or extend credit to you.

Optional Credit Insurance: ☐ Credit Life ☐ Credit Disability — Term N/A; Credit Life $ N/A; Credit Disability $ N/A; Insurance Company Name N/A; Home Office Address N/A

Other Optional Insurance: N/A

LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED IN THIS CONTRACT.

Florida documentary stamp tax required by law in the amount of $ 150.50 has been paid or will be paid directly to the Department of Revenue. Certificate of Registration No.

You assign all manufacturer rebates and cash back incentives used as a downpayment on this contract to seller. You agree to complete all documents required for assignment of rebates and incentives.

JURY TRIAL WAIVER—By entering this contract, you agree to waive your right to trial by jury. Buyer Signature X [signature] Co-Buyer Signature X [signature]

SELLER'S RIGHT TO CANCEL - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign this contract within 10 days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ 30.00 per day from the date of cancellation until the vehicle is returned or repossessed.

X [signature] Buyer Signs X [signature] Co-Buyer Signs

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X [signature] Co-Buyer Signs X [signature]

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

**NOTICE TO THE BUYER: a) Do not sign this contract before you read it or if it contains any blank spaces. b) You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X [signature] Date 09/17/14 Co-Buyer Signs X [signature] Date 09/17/14

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

Seller Signs Date 09/17/14 By X [signature] Title [signature]

Seller assigns its interest in this contract to GM FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse

Seller TROPICAL CHEVROLET By [signature] Title [signature]

LAW FORM NO. 553-FL

KONARS

ORIGINAL LIENHOLDER

Exhibit A

**OTHER IMPORTANT AGREEMENTS**

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of your Principal Balance at any time. If the contract is paid in full within six months after the date you sign it, we may impose an acquisition charge, not exceeding $75, for services performed on your behalf for processing this contract. If you prepay, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

e. **You may ask for a payment extension.** You may ask us for a deferral of the scheduled due date of all or any part of a payment (extension). If we agree to your request, we may charge you a $15 extension fee. You must maintain the physical damage insurance required by this contract (see below) during any extension. If you do not have this insurance, we may buy it and charge you for it as this contract says. You may extend the term of any optional insurance you bought with this contract to cover the extension if the insurance company or your insurance contract permits it, and you pay the charge for extending this insurance.

If you get a payment extension, you will pay additional finance charges at the Base Rate on the amount extended during the extension. You will also pay any additional insurance charges resulting from the extension, and the $15 extension fee if we charge you this fee.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**

You give us a security interest in:

- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle.

d. **Insurance you must have on the vehicle.**

You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium of the insurance and a finance charge at the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:

- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of your Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay the attorney's fee and court costs as the law allows. This includes any attorneys' fees we incur as a result of any bankruptcy proceeding brought by or against you under federal law.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. OPTIONAL SERVICE CONTRACTS**

You are not required to buy a service contract to obtain credit. Your choice of service contract providers, for any service contracts you buy will not affect our decision to sell or extend credit to you.

**7. REJECTION OR REVOCATION**

If you are permitted under Florida's Uniform Commercial Code to reject or revoke acceptance of the vehicle and you claim a security interest in the vehicle because of this, you must either: (a) post a bond in the amount of the disputed balance; or (b) deposit all installment payments as they become due into the registry of a court of competent jurisdiction.

**8. SERVICING AND COLLECTION CONTACTS**

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**9. APPLICABLE LAW**

Federal law and the law of the state of our address shown on the front of this contract apply to this contract.

**Seller's Right to Cancel**

a. **Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit, locate financing for you on the exact terms shown on the front of this contract, and assign this contract to a financial institution. You agree that Seller has the number of days stated on the front of this contract to assign this contract. You agree that if Seller is unable to assign this contract within this time period to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel this contract. Seller's right to cancel this contract ends upon assignment of this contract.**

b. **If Seller elects to cancel per Paragraph a above, Seller will give you written notice (or in any other manner in which actual notice is given to you). In that event, you may have the option of negotiating and signing a new contract with different financing terms (for example, a larger down payment, a higher annual percentage rate, a required cosigner, etc.) or you may pay with alternate funds arranged by you.**

c. **Upon receipt of the notice of cancellation, you must return the vehicle to Seller within 48 hours in the same condition as when sold other than reasonable wear for the time you had it. Except as described below, Seller must give you back all consideration Seller has received from you in connection with this contract.**

d. **If you do not return the vehicle within 48 hours after receipt of the notice of cancellation, you agree that Seller may use any lawful means to take it back (including repossession if done peacefully) and you will be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller the charge shown in the Seller's Right to Cancel provision on the front of this contract for each day you do not return the vehicle after receipt of the notice of cancellation.**

e. **While the vehicle is in your possession, all terms of this contract, including those relating to use of the vehicle and insurance for the vehicle, are in full force and you assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage done to the vehicle while the vehicle is in your possession. Seller may deduct from any consideration due to you under paragraph c. above Seller's reasonable costs to repair the vehicle and any daily charges you incur if you fail to return the vehicle within 48 hours after receipt of the notice of cancellation. If Seller cancels this contract, the terms of this Seller's Right to Cancel provision (including those on the front of this contract) remain in effect even after you no longer have possession of the vehicle.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Case 19-17664-LMI Claim 8-1 Filed 07/23/19 Page 7 of 7

A00260

STATE OF FLORIDA

LIEN SATISFACTION

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis No | Title Number |
|---|---|---|---|---|---|---|
| 1GNKRFED5EJ280827 | 2014 | CHEV | UT | 4600 | | 116494195 |

Registered Owner

Date of Issue 10/08/2014

ESTELLA WILLIAMS SALLY OR
TIMOTHY ERNEST SALLY
1841 NW 67TH ST
MIAMI FL 33147-7451

Lien Release
Interest in the described vehicle is hereby released
By__________
Title__________
Date__________

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form
3. Remove your license plate from the vehicle
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel http://www.flhsmv.gov/html/titlinf.html

Mail To

09/17/2014
GM FINANCIAL
PO BOX 1510
COCKEYSVILLE MD 21030-7510

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 1GNKRFED5EJ280827 | 2014 | CHEV | UT | 4600 | | 116494195 |

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| | GRY | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 3544 MILES 09/17/2014 ACTUAL | | | 10/08/2014 |

Lien Release
Interest in the described vehicle is hereby released
By__________
Title__________
Date__________

Registered Owner

ESTELLA WILLIAMS SALLY OR
TIMOTHY ERNEST SALLY
1841 NW 67TH ST
MIAMI FL 33147-7451

Exhibit B

1st Lienholder

09/17/2014
GM FINANCIAL
PO BOX 1510
COCKEYSVILLE MD 21030-7510

DIVISION OF MOTORIST SERVICES TALLAHASSEE FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R Kynoch
Director

Control Number 141849860

Terry L. Rhodes
Terry L Rhodes
Executive Director

VOID IF ALTERED

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name __________ Address __________

Seller Must Enter Selling Price __________ Seller Must Enter Date Sold __________

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads (__________ X) (no tenths) miles, date read ______ and I hereby certify that to the best of my knowledge the odometer reading

☐ 1 reflects ACTUAL MILEAGE. ☐ 2 is IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3 is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here __________ CO-SELLER Must Sign Here __________

Print Here __________ Print Here __________

Selling Dealer's License Number __________ Tax No __________ Tax Collected __________

Auction Name __________ License Number __________

PURCHASER Must Sign Here __________ CO-PURCHASER Must Sign Here __________

Print Here __________ Print Here __________

**NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE**

HSMV 82250 (REV. 3/15) STATE OF FLORIDA

# TOWING AND STORAGE
## NOTICE OF CLAIM OF LIEN AND PROPOSED SALE OF VEHICLE, MOBILE HOME OR VESSEL

**TOWING OPERATOR:** ~~[redacted]~~

HOMESTEAD TOWING & RECOVERY
306 SW 3RD AVE
HOMESTEAD, FL 33030-7026
786-282-1968

DATE: 12/20/2022

DEC 29 2022

**VEHICLE OWNER 1:** ESTELLA WILLIAMS SALLY
1841 NW 67TH ST, MIAMI, FL 33147-7451

**VEHICLE OWNER 2:** TIMOTHY ERNEST SALLY
1841 NW 67TH ST, MIAMI, FL 33147-7451

**INSURANCE COMPANY:** PROGRESSIVE AM INS - SALVAGE DEPT
5920 LANDERBROOK DR, BOX L31A, MAYFIELD HEIGHTS, OH 44124

**LIENHOLDER 1:**
GM FINANCIAL
PO BOX 1510
COCKEYSVILLE, MD 21030-7510

YEAR: 2014   MAKE: CHEV   VIN: 1GNKRFED5EJ280827

Location of towed vehicle, mobile home or vessel: HTR 306 SW 3RD AVE, HOMESTEAD, FL 33030

EACH OF YOU ARE HEREBY NOTIFIED THAT THE ABOVE DESCRIBED VEHICLE, MOBILE HOME OR VESSEL WAS TOWED AT THE REQUEST OF **PPORTOFINO EAST RICHARDSON** (PERSON WHO AUTHORIZED TOW)

ON **12/15/2022** AND THE ABOVE NAMED TOWING COMPANY OR TRANSPORT COMPANY IS IN POSSESSION OF AND CLAIMS A LIEN ON THE ABOVE DESCRIBED MOTOR VEHICLE FOR TOWING AND STORAGE CHARGES ACCUMULATED IN THE AMOUNT OF: **$348.80** (TOTAL)

ITEMIZED CHARGES: (TOWING CHARGES) **$145.00** (TOTAL STORAGE CHARGES) **$165.60** FOR **6** DAYS, AT **$27.60** PER DAY

RECOVERY CHARGES **$0.00** (IF APPLICABLE), (ADMINISTRATIVE FEES - MAY NOT EXCEED $250.00) **$38.20**.

THE STORAGE CHARGES WILL CONTINUE TO ACCUMULATE AT THE RATE OF **$27.60** PER DAY.

THE LIEN CLAIMED BY THE ABOVE NAMED TOWING COMPANY OR TRANSPORT COMPANY IS SUBJECT TO ENFORCEMENT PURSUANT TO S. 713.78 OR 713.785, F.S., AND UNLESS SAID VEHICLE, MOBILE HOME OR VESSEL IS REDEEMED FROM SAID TOWING COMPANY OR TRANSPORT COMPANY BY PAYMENT AS ALLOWED BY LAW, THE ABOVE DESCRIBED VEHICLE, MOBILE HOME OR VESSEL MAY BE SOLD TO SATISFY THE LIEN. IF THE VEHICLE, MOBILE HOME OR VESSEL IS NOT REDEEMED AND THAT VEHICLE, MOBILE HOME OR VESSEL REMAINS UNCLAIMED, OR FOR WHICH THE CHARGES FOR RECOVERY, TOWING, OR STORAGE SERVICES REMAIN UNPAID, MAY BE SOLD FREE OF ALL PRIOR LIENS AFTER 35 DAYS IF THE VEHICLE OR VESSEL IS MORE THAN 3 YEARS OF AGE AND AFTER 50 DAYS IF THE VEHICLE OR VESSEL IS 3 YEARS OF AGE OR LESS. THE MOBILE HOME MAY BE SOLD AFTER 35 DAYS. THE OWNER, LIENHOLDER, OR INSURANCE COMPANY, IF ANY, HAS THE RIGHT TO A HEARING AS SET FORTH IN SUBSECTION (5). THE ABOVE DESIGNATED TOWING COMPANY OR TRANSPORT COMPANY PROPOSES TO SELL THE VEHICLE, MOBILE HOME OR VESSEL AS FOLLOWS:

PUBLIC SALE TO BE HELD AT **HTR 306 SW 3RD AVE HOMESTEAD FL 33030**

→ COMMENCING AT **8:00 AM** ON THE **20TH** DAY OF **JANUARY**, **2023**

### STATEMENT OF OWNERS RIGHTS

NOTICE THAT THE OWNER, LIENHOLDER OR INSURANCE COMPANY WITHIN 10 DAYS AFTER THE TIME THEY HAVE KNOWLEDGE OF THE LOCATION OF THE VEHICLE, MOBILE HOME OR VESSEL, MAY FILE A COMPLAINT IN THE COUNTY COURT IN WHICH THE VEHICLE, MOBILE HOME OR VESSEL IS STORED TO DETERMINE IF THEIR PROPERTY WAS WRONGFULLY TAKEN OR WITHHELD FROM THEM.

NOTICE THAT ANY TIME BEFORE THE SALE OF THE VEHICLE OR VESSEL, AN OWNER OR LIENHOLDER MAY HAVE THEIR MOTOR VEHICLE, MOBILE HOME OR VESSEL RELEASED UPON POSTING WITH THE COURT A CASH OR SURETY BOND OR OTHER ADEQUATE SECURITY EQUAL TO THE AMOUNT OF THE CHARGES FOR TOWING AND STORAGE TO ENSURE THE PAYMENT OF SUCH CHARGES IN THE EVENT THEY DO NOT PREVAIL.

NOTICE THAT ANY PROCEEDS FROM THE SALE OF THE VEHICLE, MOBILE HOME OR VESSEL REMAINING AFTER PAYMENT OF THE AMOUNT CLAIMED TO BE DUE AND OWING TO THE TOWING COMPANY OR TRANSPORT COMPANY WILL BE DEPOSITED WITH THE CLERK OF THE CIRCUIT COURT FOR DISPOSITION UPON COURT ORDER PURSUANT TO SUBSECTION (5) OF S. 713.78, F.S. (FOR A VEHICLE OR VESSEL) OR 713.785, F.S. (FOR A MOBILE HOME).

NOTE: THE 35 OR 50 DAY TIME FRAME THAT THE MOTOR VEHICLE, MOBILE HOME OR VESSEL MUST BE HELD SHOULD NOT INCLUDE THE DAY OF TOWING AND STORAGE, OR THE DATE OF THE SALE. IF THIS NOTICE IS NOT SENT WITHIN 7 DAYS, NOT INCLUDING SATURDAY, SUNDAY, OR HOLIDAYS OR IF A SEPARATE NOTICE IS SENT 15 DAYS PRIOR TO THE SALE DATE, THE DATE THE NOTICE WAS MAILED OR THE DATE OF SALE SHOULD NOT BE INCLUDED IN THE 15 DAYS AND IN NO EVENT, SHALL THE SALE BE LESS THAN 30 DAYS AFTER THE NOTICE OF LIEN WAS SENT BY CERTIFIED MAIL. THE NEWSPAPER AD MUST BE PLACED 10 DAYS PRIOR TO THE SCHEDULED DATE OF SALE, BUT THE 10 DAYS SHOULD NOT INCLUDE THE DATE THE NOTICE WAS PLACED IN THE NEWSPAPER OR THE DATE OF THE SALE.

DATED THIS **20TH** DAY OF **DECEMBER**, **2022**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
Timothy E Sally

Case no. 19-17664-BKC-LMI
Chapter 13 Case

Debtor(s). /

**DECLARATION IN SUPPORT OF AMERICREDIT FINANCIAL SERVICES' MOTION FOR RELIEF FROM STAY**

The undersigned, Christina King, under penalty of perjury states as follows:

1. I am employed as a Bankruptcy Specialist by AmeriCredit Financial Services, Inc. dba GM Financial (hereinafter AmeriCredit).

2. This declaration is based upon AmeriCredit's loan payment records. These records are regularly maintained in the course of business of AmeriCredit and it is the regular practice of AmeriCredit to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records for AmeriCredit and regularly use and rely upon them in the performance of my duties.

3. Debtor maintains a loan, with AmeriCredit. AmeriCredit maintains a security interest in the following property:

**2014 CHEVROLET TRAVERSE VIN 1GNKRFED5EJ280827**



4. The vehicle was impounded as an abandoned vehicle on December 15, 2022.

5. The payoff balance owed on this loan account is **$9,815.62** as of January 5, 2023, excluding attorney fees and costs.

6. AmeriCredit has been unable to confirm insurance coverage on the collateral.

7. The contract and proof of title attached to this motion as exhibits are true and accurate copies of the original documents.

8. This concludes my declaration.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS 9th DAY OF JANUARY, 2023.

Christina King
Christina King (Jan 9, 2023 14:50 CST)
Christina King

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Timothy E Sally, Case no. 19-17664-BKC-LMI

Debtor(s). / Chapter 13 Cas

**ORDER GRANTING AMERICREDIT FINANCIAL SERVICES, INC.'S EMERGENCY MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY**

**THIS CAUSE** came up for hearing on January ____, 2023 at _____ p.m., on *Americredit Financial Services, Inc.'s Emergency Motion for Relief from Stay, in addition to, Motion for Codebtor Relief from Stay* (DE ). Accordingly, it is

**ORDERED** that:

1. *Americredit Financial Services, Inc.'s Emergency Motion for Relief from Stay, in addition to, Motion for Codebtor Relief from Stay* is GRANTED and the stay imposed pursuant to 11 U.S.C. Section 362 and 1301 is modified so as to allow Americredit Financial Services, Inc. dba GM Financial ("Creditor") to repossess or replevy the **2014**



**CHEVROLET TRAVERSE VIN 1GNKRFED5EJ280827**, to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to Creditor.

2. The stay is modified for the purpose of allowing Creditor to obtain and sell the vehicle and to apply the proceeds of the sale to the indebtedness owed to Creditor or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies. Creditor shall not seek nor obtain any in personam judgment against the debtor.

3. The codebtor stay imposed pursuant to 11 U.S.C. Section 1301 as it relates to Estella Williams Sally is hereby terminated and Creditor may enforce its in personam rights against Estella Williams Sally.

4. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Creditor may immediately enforce and implement this order granting relief from the automatic stay.

###

Copies furnished via ECF to:
Gerard M. Kouri, Jr., Esq., counsel for Creditor
Office of the US Trustee
Nancy Neidich, Trustee
Matthew Bayard, Esq., attorney for debtor

Attorney Kouri is directed to mail a conformed copy of this Order to Timothy E Sally, debtor, and Estella Williams Sally, non-debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.

Submitted by:
GERARD M. KOURI, JR., P.A.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax (954) 862-1732
Email: gmkouripaecf@gmail.com