

**ORDERED in the Southern District of Florida on January 18, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Timothy E Sally,                                    Case no. 19-17664-BKC-LMI

       Debtor(s).         /        Chapter 13 Cas

### ORDER GRANTING IN PART AND DENYING IN PART AMERICREDIT FINANCIAL SERVICES, INC.'S EMERGENCY MOTION FOR RELIEF FROM STAY AND CODEBTOR STAY

**THIS CAUSE** came up for hearing on January 17, 2023 at 9:30 a.m., on *Americredit Financial Services, Inc.'s Emergency Motion for Relief from Stay, in addition to, Motion for Codebtor Relief from Stay* (DE 79). Accordingly, it is

**ORDERED** that:

1. *Americredit Financial Services, Inc.'s Emergency Motion for Relief from Stay, in addition to, Motion for Codebtor Relief from Stay* is **GRANTED IN PART AND DENIED IN PART.**

2. The *Emergency Motion for Relief from Stay* is GRANTED and the

stay imposed pursuant to 11 U.S.C. Section 362 and 1301 is modified so as to allow Americredit Financial Services, Inc. dba GM Financial ("Creditor") to repossess or replevy the **2014 CHEVROLET TRAVERSE VIN 1GNKRFED5EJ280827,** to sell the vehicle, and to apply the proceeds of the sale of the vehicle to the amount owed to Creditor.

3. The stay is modified for the purpose of allowing Creditor to obtain and sell the vehicle and to apply the proceeds of the sale to the indebtedness owed to Creditor or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies. Creditor shall not seek nor obtain any in personam judgment against the debtor.

4. The *Motion for Codebtor Relief from Stay* is denied as moot as codebtor Estella Williams Sally is deceased.

5. Once the vehicle has been recovered, Creditor will coordinate with the debtor so that he may retrieve his personal belongings.

6. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Creditor may immediately enforce and implement this order granting relief from the automatic stay.

###

Copies furnished via ECF to:
Gerard M. Kouri, Jr., Esq., counsel for Creditor
Office of the US Trustee
Nancy Neidich, Trustee
Matthew Bayard, Esq., attorney for debtor

Attorney Kouri is directed to mail a conformed copy of this Order to Timothy E Sally, debtor, and Estella Williams Sally, non-debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.

Submitted by:
GERARD M. KOURI, JR., P.A.

5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax  (954) 862-1732
Email: gmkouripaecf@gmail.com